**Daryl INGE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104957**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: August 15, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 25, 2017

Application for Transfer Denied
December 19, 2017

Daryl Inge, Acting Pro Se, Mineral Point, MO, for appellant.

Joshua D. Hawley, Attorney General, Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., Angela T. Quigless, J.

ORDER

PER CURIAM.

Daryl Inge, acting pro se, appeals the judgment denying his motion for post-conviction DNA testing. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).